# MINUTE ORDER

Page 1

## Magistrate Judge Jacqueline Becerra

**King Building Courtroom 10-6**                    Date: 8/19/2021    Time: 10:00 a.m.

Defendant:  1) Ronald Majail-Arrecooce    J#: 02464-506 Case #: 21-MJ-3612-BECERRA

AUSA: Roger Cruz                    Attorney: AFPD Elizabeth Blair

Violation: Consp/PWID 5 kgs or more of cocaine while on board a vessel subject to the jurisdiction of the U.S.    Surr/Arrest Date: 8/18/2021    YOB:

Proceeding: Initial Appearance                    CJA Appt:

Bond/PTD Held: ⊂ Yes  ✗ No        Recommended Bond:

Bond Set at: Stip $250K CSB/Nebbia    Co-signed by:

Language: Spanish

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:
- Deft advised of rights
- Court appts AFPD
- Deft consents to appear by video
- Brady given
- Both sides stipulate to a $250,000 CSB with Nebbia; reserving the right to a PTD hearing at a later date
✓

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:        Time:        Judge:                Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:  9/2   10am   Duty   MIA

Status Conference RE:

D.A.R. 10:10am_JB_Zoom_8-19-2021    Time in Court: 7 mins

10:10:37        s/Jacqueline Becerra                Magistrate Judge