AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RONALD MIJAIL ARREGOCES BARROS<br><br>Date of Original Judgment:  07/08/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)  Case No:  21-CR-20438-BLOOM<br>)  USM No:  02464-506<br>)<br>)  Tracy Dreispul<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  70  months **is reduced to**  57 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This Cause is Before the Court upon Defendant's Motion to Reduce Sentence, ECF No. [109] and the Eleventh Circuit Limited Remand, ECF No. [114]. As the Parties acknowledge, Defendant is entitled to a reduced term of imprisonment. Amendment 821 applies and reduces Defendant's applicable guideline range by 2 levels, to a total offense level of 25, with a guideline range of 57 to 71 months. U.S.S.G. § 4C1.1. Defendant's sentence is reduced to 57 months and all other provisions of his sentence remain intact. Amended Judgment to follow.

Except as otherwise provided, all provisions of the judgment dated  07/08/2022  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/22/2024

_____
*Judge's signature*

Beth Bloom, U.S. District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*